IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO RODARTE, | ) | No. C 12-5340 JSW (PR) |
| Petitioner, | ) ) | **ORDER TO PAY FILING FEE; DENYING APPLICATION TO** |
| vs. | ) ) | **PROCEED IN FORMA PAUPERIS** |
| M.E. SPEARMAN, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 3) |
| | ) | |

    Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis ("IFP"). The application indicates that for the six months prior to filing his petition, Petitioner's prison trust account had average monthly balances of over four hundred dollars. He has more than enough money to pay the modest $5.00 filing fee. The IFP application (docket number 3) is DENIED.

    **Within 28 days of the date this order is filed, Petitioner shall pay the $5.00 filing fee by mailing it to the Clerk of Court with a clear indication that it is for case number C 12-5340 JSW (PR)). Petitioner's failure to pay the filing fee in accordance with this order will result in the dismissal of this matter.**

    IT IS SO ORDERED.

DATED: <u>November 5, 2012</u>

                                                         JEFFREY S. WHITE
                                                         United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RODARTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M.E. SPEARMAN et al,<br><br>　　　　Defendant.　　　　　　　　／ | Case Number: CV12-05340 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Rodarte C-72196
P.O. Box 689-YW-312
Soledad, CA 93960

Dated: November 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk