IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RODARTE, | No. C 12-5340 JSW (PR) |
| Petitioner, | **ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | |
| M.E. SPEARMAN, Warden, | (Docket No. 10) |
| Respondent. | |

Petitioner's request for appointment of counsel is DENIED without prejudice. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986) (unless an evidentiary hearing is required, the decision to appoint counsel in habeas corpus proceedings is within the discretion of the district court). Petitioner clearly presented his claims for relief in the petition and an order to show cause issued. *Accord Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984) (although petitioner had no background in law, denial of appointment of counsel within discretion of district court where petitioner clearly presented issues in petition and accompanying memorandum). If the circumstances of the case materially change, the Court will reconsider this decision sua sponte.

The clerk shall terminate the motion in docket number 10.

SO ORDERED.

DATED: APR 0 1 2013

_____
JEFFREY S. WHITE
United States District Judge

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GUSTAVO RODARTE,

        Plaintiff,

v.

M.E. SPEARMAN et al,

        Defendant.
_____/

Case Number: CV12-05340 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gustavo Rodarte C-72196
P.O. Box 689-YW-312
Soledad, CA 93960

Dated: April 1, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk