IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO RODARTE,

    Petitioner,

  v.

M.E. SPEARMAN, Warden,

    Respondent.

No. C 12-5340 JSW (PR)

**ORDER GRANTING EXTENSION OF TIME**

    Good cause appearing, petitioner's motion for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file an opposition by May 28, 2013. Respondent shall file a reply brief within 14 days of the date the opposition is filed.

    The Clerk of the Court is directed to send petitioner a copy of the docket sheet and the Court's form for ordering photocopies.

SO ORDERED.

DATED: May 7, 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO RODARTE,

    Plaintiff,

v.

M.E. SPEARMAN et al,

    Defendant.
                                    /

Case Number: CV12-05340 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Rodarte C-72196
P.O. Box 689-YW-312
Soledad, CA 93960

Dated: May 7, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk