UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO RODARTE,

        Petitioner,

   v.

M.E. SPEARMAN,

        Respondent.

Case No. 12-cv-05340-VC

**ORDER LIFTING STAY; REOPENING CASE**

This case was previously stayed pending the Ninth Circuit's decision in *Burnight v. Swarthout*, Case No. 11-16062. The Ninth Circuit has now dismissed that appeal as moot. But the Ninth Circuit has also issued a decision in *Nettles v. Grounds*, No. 12-16935, which appears to have similar relevance. Accordingly, the stay is lifted and the case is reopened. Given the passage of time, the respondent is ordered to file a supplemental brief in support of his motion to dismiss, not to exceed 10 pages, by June 12, 2015. The petitioner is ordered to file a response, not to exceed 10 pages, by July 2, 2015. The motion to dismiss will then be deemed submitted.

    **IT IS SO ORDERED**.

Dated: May 29, 2015

                                         VINCE CHHABRIA
                                         United States District Judge