UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RODARTE,<br><br>      Petitioner,<br><br>  v.<br><br>M.E. SPEARMAN,<br><br>      Respondent. | Case No. 12-cv-05340-VC<br><br>**JUDGMENT** |

The petition for writ of habeas corpus having been dismissed, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____

VINCE CHHABRIA
United States District Judge